SO ORDERED.

Dated: April 28, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07290

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-04788-RTB |
| David A. Sequeira | Chapter 7 |
| Debtor. | ORDER |
| Wells Fargo Bank, N.A. | (Related to Docket #10) |
| Movant, | |
| vs. | |
| David A. Sequeira, Debtor, Dale D. Ulrich, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 6, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and David A. Sequeira has an interest in, further described as:

> Unit 26B, CHANDLER MEADOWS CONDOMINIUMS, a subdivision of Tracts III and IV, CHANDLER MEADOWS, per Declaration of Horizontal Property Regime recorded in Docket 15540, Page 77 and Amendment recorded in Document No. 83-403287 and re-recorded in Document No. 83-403980 and Declaration of Annexation recorded in Document No. 83-421152 and Amendment to Declaration of Annexation rccordcd in Document No. 84-130568 and according to Plat recorded in Book 235 of Maps, Page 15, which describes CHANDLER MEADOWS and according to Book 236 of Maps. Page 14. which consists of tour (4) plat pages describing CHANDLER MEADOWS UNIT 11. containing Condominium Units I A through 370, inclusive and according to Book 236 of Maps, Page 15 which consists of two (2) plat pages describing CHANDLER MEADOWS UNIT II, containing Condominium Units 38A through 500, inclusive, records of Maricopa County, Arizona;
>
> TOGETHER with a proportionate interest in the common areas and facilities. as set forth in said Declaration of Horizontal Porperty Regime and as shown on said Plats.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.